**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) CR 09-0300-01-PHX-NVW |
| Plaintiff, | ) CR 05-2110-01-TUC-RCC |
| vs. | ) |
| Arturo Gonzales-Duran, | ) **DETENTION  ORDER** |
| Defendant. | ) |

A detention  hearing  and  a  preliminary  revocation  hearing  on  the  Petition  on Supervised Release were held on October 13, 2010.

**THE  COURT  FINDS** that  the  Defendant  has  knowingly,  intelligently,  and voluntarily waived  his right to a preliminary revocation hearing.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community.  *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 14th day of October, 2010.

Lawrence O. Anderson
United States Magistrate Judge